So Ordered

_____
Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

Signed this 30 day of May, 2012.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| IN RE: | Chapter: 7 |
|---|---|
| TIFFANY LEWIS | Case No. 12-10028 REL |
| Debtor. | |

HONORABLE ROBERT E. LITTLEFIELD, JR., U.S Bankruptcy Judge

<u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C § 362(d) AS TO THE FIRST MORTGAGE ON
12 WEST ERIE STREET, ALBANY, NY 12208</u>

Coming before the Court on May 30, 2012 was the motion M&T BANK, (with any subsequent successor or assign, the "Movant"), for relief from that automatic stay. After due deliberation, it is hereby,

ORDERED, that the automatic stay instituted upon filing of the within bankruptcy case is terminated pursuant to 11 U.S.C. §362(d)(1) as to Movant's lien interest in the property known as <u>12 WEST ERIE STREET, ALBANY, NY 12208</u> (the "Property"); and it is further

ORDERED, that Movant allowed Attorney fees in the amount of $250.00 and costs in the amount of $176.00 for a total of $426.00 payable only out of surplus monies realized upon any foreclosure and sale; and it is further

ORDERED, that Movant shall immediately provide an accounting to the Trustee of any surplus monies realized; and it is further

ORDERED, that Rule 4001 (a)(3) staying an order granting a motion to lift stay for fourteen (14) days is hereby waived.

.

###